**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 63 MILL RIVER ROAD LLC, | Case No. 8-26-71066-AST |
| Debtor. | |

## ORDER GRANTING THE PAYMENT OF ADEQUATE PROTECTION AND RELIEF FROM THE AUTOMATIC STAY IN THE EVENT OF DEFAULT

Upon the motion [ECF No. 16] (the "**Motion**") of Stormfield Capital Funding I, LLC

("**Movant**"), for relief from the automatic stay and *in rem* relief with respect to the property

identified as

ALL that certain plot piece or parcel of land, situate, lying and being in the Incorporated Village of Upper Brookville, County of Nassau and State of New York, bounded and described as follows:

BEGINNING at a point on the Southeasterly side of Mill River Hollow Road, distant 2711.05 feet Northeasterly from the corner formed by the intersection of the Southeasterly side of Mill River Hollow Road with the Northeasterly side of Lawn Lane;

RUNNING THENCE along said Southeasterly side of Mill River Hollow Road, North 39 degrees 44 minutes 00 seconds East, a distance of 305.35 feet;

THENCE South 30 degrees 14 minutes 00 seconds East, a distance of 104.88 feet;

THENCE South 17 degrees 46 minutes 00 seconds East, a distance of 119.15 feet;

THENCE South 16 degrees 04 minutes 00 seconds East, a distance of 170.78 feet;

THENCE South 22 degrees 08 minutes 00 seconds East, a distance of 127.40 feet;

THENCE South 82 degrees 35 minutes 30 seconds West, a distance of 177.46 feet;

THENCE South 61 degrees 22 minutes 20 seconds West, a distance of 46.59 feet;

THENCE North 28 degrees 45 minutes 20 seconds West, a distance of 338.74 feet to the Southeasterly side of Mill River Hollow Road, the point or place of BEGINNING.

Tax ID: Section 24 Block B Lot 893

Being and intended to be the same premises as conveyed to the party of the first part by deed dated 12/10/1986 and recorded 3/10/1987 in the Office Clerk of the County of Nassau in Liber 9795 Page 845

FOR INFORMATION ONLY:

Premises: 63 Mill River Road, Upper Brookville, NY,

110080654.2

and commonly known as 63 Mill River Road, Upper Brookville, New York 11771 (the "**Collateral**") and a hearing on the Motion having been held on April 22, 2026; and the Motion having been adjourned, in part, to June 11, 2026, it is

**ORDERED**, that beginning on May 1, 2026, and continuing on June 1, 2026, Debtor shall be responsible for making an adequate protection payment to Lender, in immediately available funds, in the amount of $12,500.00. Each payment shall be made using the wiring instructions below:

| | |
|---|---|
| **Bank Name:** | **JPMorganChase** |
| **ABA:** | **021-000-021** |
| **To Be Credited:** | **Stormfield Capital Funding I, LLC**<br>**200 Pequot Avenue**<br>**Southport, CT 06890** |
| **Account Number:** | **80008067896** |
| **Reference:** | **Property Address** |

**ORDERED,** that in the event either adequate protection payment is not timely received by Lender on or before the date such payment is due, then the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is modified pursuant to 11 U.S.C. § 362(d)(1) to permit Movant, its agents, assigns, or successors in interest, to exercise their rights and remedies available under applicable law as to the Collateral; and it is further

**ORDERED**, that Lender and Debtor shall appear on June 11, 2026 at 10:30 a.m. for a further hearing related to the making of future adequate protection payments and for further hearing on the Motion.

110080654.2

Dated: May 15, 2026
Central Islip, New York



_____
Alan S. Trust
United States Bankruptcy Judge

3

110080654.2