# Exhibit C

## Aaron Davis

**From:** Aaron Davis
**Sent:** Sunday, December 1, 2024 10:53 AM
**To:** Joseph Raya (Stormfield Capital); Dr. William Gibbs
**Cc:** loumigs@gmail.com; Ernest Wilson
**Subject:** RE: 63 Mill River

Dr. Gibbs:

11/29 has come and passed. Stormfield is officially rescinding the forbearance offer as it was never fully executed nor funded. We will be moving forward with scheduling the foreclosure sales for both properties.


**Aaron Davis**
*Shareholder*

adavis@polsinelli.com
**212.803.9918**
600 Third Avenue
New York, NY 10016

**Error! Filename not specified.**
Polsinelli PC, Polsinelli LLP in California

polsinelli.com


---

**From:** Joseph Raya (Stormfield Capital) <jraya@stormfieldcapital.com>
**Sent:** Tuesday, November 26, 2024 9:28 AM
**To:** Aaron Davis <ADavis@Polsinelli.com>; Dr. William Gibbs <drgibbs@goageless.com>
**Cc:** loumigs@gmail.com; Ernest Wilson <ernestwilsonesq@aol.com>
**Subject:** RE: 63 Mill River

**EXTERNAL EMAIL** **jraya@stormfieldcapital.com**

What is the update here? Stormfield will be rescinding it's offer effective 11/29/2024 and continuing with our foreclosure.


Joseph Raya
Stormfield Capital, LLC
200 Pequot Avenue
Southport, CT 06890
Office: +1 203.429.9878

jraya@stormfieldcapital.com
www.stormfieldcapital.com



The contents of this message and its attachments, if any, are meant for the sole use of the intended recipient and may be confidential,